IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAUL ERIC RONDEM, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-CV-77-WHA |
| ) | |
| LEE COUNTY JAIL FACILITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On March 21, 2019, the Magistrate Judge entered a Recommendation (Doc. #8) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 10th day of April, 2019.

                             /s/ W. Harold Albritton
                          SENIOR UNITED STATES DISTRICT JUDGE